UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE TUCKER and IDA HANSON,<br><br>　　Plaintiffs<br><br>v.<br><br>SOUTH SHORE VILLAS HOMEOWNERS ASSOCIATION, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-00379-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

　　Plaintiffs Freddie Tucker and Ida Hanson sued defendants South Shore Villas Homeowners Association, Angius and Terry Collection LLC, Resources Group, LLC, and Jacqueline Taylor for various state law claims related to a foreclosure sale. The plaintiffs base jurisdiction in this court on diversity. ECF No. 1-1 at 2. The plaintiffs did not identify the citizenship of the members of defendants Angius and Terry Collection LLC or Resources Group, LLC, so I ordered them to show cause why I should not dismiss this action for lack of subject matter jurisdiction. ECF No 5. In response, the plaintiffs amended the complaint by dropping Angius and Terry as a defendant. ECF Nos. 17, 18. Because it appears the remaining defendants are diverse from the plaintiffs, I will not dismiss for lack of subject matter jurisdiction.

　　I THEREFORE ORDER that the order to show cause (ECF No. 5) is satisfied, I will not dismiss this case for lack of subject matter jurisdiction.

　　DATED this 1st day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE