AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Freddie Tucker, et al.,

JUDGMENT IN A CIVIL CASE

                    Plaintiffs,

    v.

Case Number: 2:22-cv-00379-CDS-BNW

South Shore Villas Homeowners
Association, et al.,

                    Defendants.

___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and
the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried
or heard and a decision has been rendered.

✕    **Decision by Court.**  This action came for consideration before the Court. The issues have been
considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiffs dismissing this case.

06/21/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk